

Colin F. Campbell, Bar No. 004955
Jason Romero, Bar No. 023429
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
E-mail: ccampbell@omlaw.com
         jromero@omlaw.com

Attorneys for In-Laws, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ARIZONA ENVIRONMENTAL RECYCLING, LLC,<br><br>        Debtor.<br><br>N-ROUTE, L.L.C.,<br><br>        Debtor. | Chapter 11<br><br>No. 2:09-bk-04665-RJH<br><br>No. 2:09-bk-04668-SSC<br><br>(Jointly Administered)<br><br>**IN-LAWS, LLC'S OBJECTION TO AMENDED JOINT DISCLOSURE STATEMENT AND SUMMARY OF JOINT CHAPTER 11 PLAN OF REORGANIZATION** |

Creditor, In-Laws, LLC ("In-Laws"), by and through undersigned counsel, hereby files its Objection to Approval of Amended Disclosure Statement.

1.    On November 16, 2009, Arizona Environmental Recycling, LLC ("AER") and N-Route, LLC ("N-Route") filed their initial Joint Disclosure Statement.

2.    On January 15, 2010, M&I Bank filed its Objection to the initial Disclosure Statement, setting forth numerous deficiencies contained therein. On January 29, 2010, In-Laws filed its Objection and Joinder in M&I Bank's Objection, setting forth additional deficiencies in the Disclosure Statement.

3. On February 1, 2010, this Court held a hearing on AER's Disclosure Statement, at which the Court discussed the various deficiencies in the Disclosure Statement with counsel for the Debtor and directed the Debtor to file an amended disclosure statement addressing and resolving the deficiencies raised in the M&I Objection and In-Laws' Joinder.

4. AER along with N-Route, LLC (collectively the "Debtors") filed their Amended Joint Disclosure Statement and Summary of Joint Chapter 11 Plan of Reorganization on March 12, 2010.

5. The Amended Joint Disclosure Statement fails to resolve any of the deficiencies raised by In-Laws in its January 29 Objection. Therefore, In-Laws re-urges and incorporates its prior objection, a copy of which is attached hereto as Exhibit "A".

6. Moreover, on March 26, 2010, In-Laws filed its Motion for Order (1) Allowing as an Administrative Expense Post-Petition Rent and Lease Charges Due Under 11 U.S.C. § 365(d)(3) and (2) Compelling Debtor's Immediate Payment of Administrative Expenses (the "Post-Petition Rent Motion"). A copy of that Motion is attached hereto as Exhibit "B". The Debtors have been aware of this potential administrative claim for months, but have not attempted to address the claim in any way within the Amended Joint Disclosure Statement. At a minimum, the Debtors must disclose how they intend to pay this administrative expense upon confirmation of a plan.

. . .

. . .

. . .

. . .

3040812v1

DATED this 5th day of April, 2010.

**OSBORN MALEDON, P.A.**

By: /s/Jason J. Romero
Colin F. Campbell
Jason J. Romero
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Attorneys for In-Laws, L.L.C.

COPY of the foregoing sent via e-mail and
U.S. Mail this 5th day of April, 2010, to:

| | | |
|---|---|---|
| Dean O'Connor<br>Salquist Drummond &<br>O'Connor, P.C.<br>1430 E. Missouri Ave., #B-125<br>Phoenix, AZ 85014<br>*Attorneys for Debtor* | J. Phillip Glasscock<br>J. Phillip Glasscock, P.C.<br>13430 N Scottsdale Rd Ste 106<br>Scottsdale AZ 85254<br>*Attorneys for Southwest Metal Industries, LLC* | Alan M. Levinsky<br>Buchalter Nemer<br>16435 N Scottsdale Rd Ste 440<br>Scottsdale AZ 85254<br>*Attorneys for Ford Motor Credit Company LLC* |
| Edward K. Bernatavicius<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003 | Joseph Kruchek, Esq.<br>Kutak Rock LLP<br>8601 N Scottsdale Rd Ste 300<br>Scottsdale AZ 85253-2738<br>*Attorneys for Key Equipment Finance, Inc.* | April J. Theis<br>Assistant Attorney General<br>Office of the Attorney General<br>1275 W Washington<br>Phoenix AZ 85007-2997<br>*Attorneys for Arizona Department of Revenue* |
| Phillip G. Mitchell<br>Craig J. Bolton<br>Matthew H. Sloan<br>Jennings, Haug &<br>Cunningham, LLP<br>2800 N. Central Avenue,<br>Suite 1800<br>Phoenix, AZ 85004<br>*Attorneys for M & I Marshall & Ilsley Bank* | Mary Pettit Esq<br>Lehigh Hanson Inc<br>300 E John Carpenter Freeway Ste 1645<br>Irving TX 75062-2772<br>*Attorneys for Hanson Roof Tile Inc* | Madeleine C. Wanslee<br>Gust Rosenfeld PLC<br>201 E Washington Ste 800<br>Phoenix AZ 85004-2327<br>*Attorneys for Maricopa County Treasurer* |
| Sonia M. Blain<br>City Attorney's Office<br>200 W Washington Ste 1300<br>Phoenix AZ 85003-1611<br>*Attorneys for City of Phoenix* | Christopher Payne<br>The Payne Law Office<br>1850 N Central Ave Ste 1130<br>Phoenix AZ 85004<br>*Attorneys for Vista Paper Recycling LLC* | S. Blair Korschun<br>Ascension Capital Group Inc<br>PO Box 201347<br>Arlington TX 76006<br>*Bankruptcy Servicers for Compass Bank* |

3040812v1

| | | | |
|---|---|---|---|
| 1 | Steven V. Cheifetz<br>Cheifetz Iannitelli Marcolini PC<br>1850 N Central Ave 19th Flr<br>Phoenix AZ 85004<br>*Attorneys for Western Refining Wholesale, Inc.* | James E. Shively<br>Poli & Ball PLC<br>2999 N 44th St Ste 500<br>Phoenix AZ 85018-7252<br>*Attorneys for DCFS USA PLLC* | Barbara B. Maroney<br>15433 N Tatum Blvd Ste 106<br>Phoenix AZ 85032-4231<br>*Attorney for General Electric Capital Corp* |

Daniel P. Beeks
Sherman & Howard LLC
2800 N Central Ave Ste 1100
Phoenix AZ 85004-1043
*Attorneys for Orix Financial Services LLC*

/s/ Peggy Nieto

3040812v1